# UNITED STATES DISTRICT COURT

for the

Western District of Missouri

| | | |
|---|---|---|
| United States of America<br>v.<br><br>**ROBERT JOOS**<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. **09-2176JCE-01** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or after the date of 2/1/09 in the county of McDonald in the Western District of Missouri, the defendant violated 18 U. S. C. § 922(g)(1), an offense described as follows:

See Attached "Charge"

This criminal complaint is based on these facts:

See Attached Affidavit of SA Kevin Farnsworth

X Continued on the attached sheet.

/s/ Kevin Farnsworth
*Complainant's signature*

Kevin Farnsworth, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jun 24, 2009

/s/ James C. England
*Judge's signature*

City and state: Springfield, MO

James C. England, U.S. Magistrate Judge
*Printed name and title*