# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. 09-05022-01-CR-SW-ODS |
| | ) | |
| | ) | **COUNT ONE:** |
| | ) | 18 U.S.C. § 922 (g)(1) |
| **Plaintiff,** | ) | NMT 10 years and/or $250,000 Fine |
| | ) | Supervised Release: NMT 3 years |
| | ) | Class C Felony |
| | ) | |
| | ) | **COUNT TWO**: |
| | ) | 18 U.S.C. § 842 (i)(1) |
| **ROBERT JOOS,** | ) | NMT 10 years and/or $250,000 Fine |
| [DOB: 12/25/1952] | ) | Supervised Release: NMT 3 years |
| | ) | Class C Felony |
| **Defendant.** | ) | |
| | ) | **FORFEITURE ALLEGATION:** |
| | ) | 18 U.S.C. § 924(d) |
| | ) | |
| | ) | $100 Mandatory Special Assessment as to each count |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

Between January 1, 2008, and June 25, 2009, in McDonald County, in the Western District of Missouri, Robert Joos, the defendant, having been convicted of a crime which is punishable by imprisonment for a term exceeding one year, knowingly did possess, in and affecting commerce, firearms and ammunition, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO

Between January 1, 2008, and June 25, 2009, in McDonald County, in the Western District of Missouri, Robert Joos, the defendant, having been convicted of a crime which is punishable by

imprisonment for a term exceeding one year, knowingly did possess, in and affecting commerce, an explosive, all in violation of Title 18, United States Code, Sections 842(i)(1).

## FORFEITURE ALLEGATION

The allegations above are hereby incorporated as though fully set forth herein for the purpose of charging criminal forfeiture to the United States of America pursuant to Title 18, United States Code, Section 924(d).

As a result of being convicted of an offense in violation of Title 18, United States Code, Section 922(g)(1), as charged in the indictment herein, the defendant shall forfeit to the United States the firearms and ammunition involved in the aforesaid offense, to wit:

1. Mossberg, model 500A, 12 gauge shotgun, bearing serial number L473476.
2. Mauser, model 98, 8 millimeter rifle, bearing serial number 55518.
3. Unknown manufacturer, model Westernfield, 12 gauge shotgun, bearing serial number 28501.
4. Harrington and Richardson, model Topper M48, 20 gauge shotgun, bearing serial number H7206.
5. Winchester, model 1300, 12 gauge shotgun, bearing serial number L2856801.
6. Savage, model 187J, .22 caliber rifle, bearing no serial number.
7. Remington Arms company, model 597, .22 caliber rifle, bearing serial number 2951327M.
8. Norinco (North China Industries), model SKS, 7.62 caliber rifle, bearing serial number 11011275D.
9. Astra, model A-70, 9 millimeter pistol, bearing serial number W8060.

10. Ruger, model Mark II, .22 caliber pistol, bearing serial number 217-14110.

11. Galena Industries, Incorporated, model AMT back-up II, .380 caliber pistol, bearing serial number R07876.

12. Tanfoglio, F. LLI, S.N.C., model GT380, .380 caliber pistol, bearing serial number T68012.

13. Stallard Maverick, model JS-9MM, 9 millimeter pistol, bearing serial number 030277.

14. Harrington and Richardson, model Topper model 88, 12 gauge shotgun, bearing serial number AX621282.

15. Mosin-Nagant, 7.62 caliber rifle, bearing serial number 189293F.

16. Numerous rounds of ammunition of various types.

All in violation of Title 18, United States Code, Section 924(d).

**A TRUE BILL**

/s/
Foreperson of the Grand Jury

/s/ James J. Kelleher
James J. Kelleher
Missouri Bar No. 51921
Assistant United States Attorney

Date: September 9, 2009