IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-05022-01-CR-S-RED |
| | ) | |
| ROBERT JOOS, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S LIST OF TRIAL WITNESSES

The United States of America, by the United States Attorney for the Western District of Missouri, in compliance with the Federal Rules of Criminal Procedure, provides the following list of witnesses, by name, whom the undersigned attorney for the government may call in the presentation of its case in chief, as follows:

1. Kevin Farnsworth
   Bureau of Alcohol, Tobacco, Explosives and Firearms
   901 St. Louis St.
   Springfield, Missouri 65806

2. James Patterson
   Bureau of Alcohol, Tobacco, Explosives and Firearms
   901 St. Louis St.
   Springfield, Missouri 65806

3. Dan Fridley
   Bureau of Alcohol, Tobacco, Explosives and Firearms
   901 St. Louis St.
   Springfield, Missouri 65806

4. Don Hampton
   Springfield Police Department
   321 East Chestnut Expressway
   Springfield, Missouri 65802

5. Tristan Moreland
    Bureau of Alcohol, Tobacco, Explosives and Firearms
    201 East Washington Street, Suite 940
    Phoenix, AZ 85004

6. April Howell
    Bureau of Alcohol, Tobacco, Explosives and Firearms
    201 East Washington Street, Suite 940
    Phoenix, AZ 85004

7. Robert Vaughan
    Bureau of Alcohol, Tobacco, Explosives and Firearms
    901 St. Louis St.
    Springfield, Missouri 65806

8. Roger Renkin
    Missouri State Highway Patrol Troop D
    3131 East Kearney Street
    Springfield, Missouri 65803

9. Kathleen Aug
    Bureau of Alcohol, Tobacco, Explosives and Firearms
    901 St. Louis St.
    Springfield, Missouri 65806

10. Fred Bradford
    Bureau of Alcohol, Tobacco, Explosives and Firearms
    2600 Grand Avenue, Suite 200
    Kansas City, Missouri

11. David Whittaker
    1222 Spruce Street, Room 6205
    St. Louis, Missouri

12. Karen Cole
    Missouri Department of Probation and Parole
    1845 LaQuesta Drive
    Neosho, Missouri

13. Nancy Manire
    Missouri Department of Probation and Parole
    1845 LaQuesta Drive
    Neosho, Missouri

14. Mike Walker
    United States Marshals Service
    222 North John Q. Hammons Parkway
    Springfield, Missouri 65807

15. Sgt. Miles Parks
    Missouri State Highway Patrol Troop D
    3131 East Kearney Street
    Springfield, Missouri 65803

16. Sgt. Michael Rogers
    Missouri State Highway Patrol Troop D
    3131 East Kearney Street
    Springfield, Missouri 65803

17. Sgt. Cindy Baker or Records Custodian for the McDonald County Jail
    McDonald County Jail
    300 East 7th Street
    Pineville, Missouri 64856

Respectfully submitted,

Matt Whitworth
United States Attorney

By  */s/ James J. Kelleher*
    James J. Kelleher
    Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on December 28, 2009, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ James J. Kelleher*
James J. Kelleher
Assistant United States Attorney