IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-05022-01-CR-SW-RED |
| | ) | |
| ROBERT JOOS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF GOVERNMENT'S EXHIBITS

COMES NOW the United States of America, by the United States Attorney for the Western District of Missouri, and in accordance with the Scheduling and Trial Order entered in this matter, herewith submits its notice of exhibits in this matter. At trial, the United States may seek to introduce the following exhibits during its case-in-chief:

1. Mossberg, model 500A, 12 gauge shotgun, bearing serial number L473476.

2. Mauser, model 98, 8 millimeter rifle, bearing serial number 55518.

3. Unknown manufacturer, model Westernfield, 12 gauge shotgun, bearing serial number 28501.

4. Harrington and Richardson, model Topper M48, 20 gauge shotgun, bearing serial number H7206.

5. Winchester, model 1300, 12 gauge shotgun, bearing serial number L2856801.

6. Savage, model 187J, .22 caliber rifle, bearing no serial number.

7. Remington Arms company, model 597, .22 caliber rifle, bearing serial number 2951327M.

8. Norinco (North China Industries), model SKS, 7.62 caliber rifle, bearing serial number 11011275D.

9. Astra, model A-70, 9 millimeter pistol, bearing serial number W8060.

10. Ruger, model Mark II, .22 caliber pistol, bearing serial number 217-14110.

11. Galena Industries, Incorporated, model AMT back-up II, .380 caliber pistol, bearing serial number R07876.

12. Tanfoglio, F. LLI, S.N.C., model GT380, .380 caliber pistol, bearing serial number T68012.

13. Stallard Maverick, model JS-9MM, 9 millimeter pistol, bearing serial number 030277.

14. Harrington and Richardson, model Topper model 88, 12 gauge shotgun, bearing serial number AX621282.

15. Mosin-Nagant, 7.62 caliber rifle, bearing serial number 189293F.

16. Approximately 19,000 rounds of ammunition of various types.

17. Certified records from the Missouri Department of Correction;

18. Certified documents from the Circuit Court of McDonald County, Missouri detailing the proceedings in Case #04MC-CR01375-01;

19. Certified documents from the Circuit Court of McDonald County, Missouri detailing the proceedings in Case #294-494FX;

20. Fingerprint card pertaining to Robert Joos, relating to his arrest on June 25, 2009;

21. Fingerprint card pertaining to Robert Joos, relating to his arrest on June 29, 1994;

22. Aerial photographs of the defendant's property

23. Photographs of copper blasting caps;

24. Photographs taken during the execution of the search warrant at the defendant's property;

25. Report of Don Hampton;

26. Report of Fred Bradford;

27. Letter addressed to Becka Stevens;

28. Audio recordings of conversations between Robert Joos and other individuals; and,

29. Transcripts of conversations between Robert Joos and other individuals.

Respectfully submitted,

Matt J. Whitworth
United States Attorney

By   */s/ James J. Kelleher*
James J. Kelleher
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on December 28, 2009, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                            */s/ James J. Kelleher*
                                            James J. Kelleher
                                            Assistant United States Attorney