IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-05022-01-CR-SW-RED |
| | ) | |
| ROBERT JOOS, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S SUPPLEMENTAL LIST OF TRIAL WITNESSES

The United States of America, by the United States Attorney for the Western District of Missouri, in compliance with the Federal Rules of Criminal Procedure, provides the following supplemental list of witnesses, by name, whom the undersigned attorney for the government may call in the presentation of its case in chief, as follows:

18. Anthony Purpura
    Bureau of Alcohol, Tobacco, Explosives and Firearms
    United States Bomb Data Center
    99 New York Ave, N.E.
    Washington, D.C. 20226

Respectfully submitted,

Beth Phillips
United States Attorney

By  */s/ James J. Kelleher*
James J. Kelleher
Assistant United States Attorney

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on January 5, 2010, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ James J. Kelleher*
James J. Kelleher
Assistant United States Attorney