# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-05022-01-CR-SW-RED |
| | ) | |
| ROBERT JOOS, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S SUPPLEMENTAL LIST OF TRIAL WITNESSES

The United States of America, by the United States Attorney for the Western District of

Missouri, in compliance with the Federal Rules of Criminal Procedure, provides the following

supplemental list of witnesses, by name, whom the undersigned attorney for the government may

call in the presentation of its case in chief, as follows:

19.     Lonnie Nance
        United States Marshals Service
        222 North John Q. Hammons Parkway
        Springfield, Missouri 65807


                                Respectfully submitted,

                                Beth Phillips
                                United States Attorney


                By      */s/ James J. Kelleher*
                        James J. Kelleher
                        Assistant United States Attorney

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on January 8, 2010, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/ James J. Kelleher
James J. Kelleher
Assistant United States Attorney