## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

### MINUTE SHEET

**UNITED STATES OF AMERICA**          Date: January 11, 2010

**vs.**                               Case No. 09-5022-01-CR-SW-RED

**ROBERT JOOS**

Honorable Richard E. Dorr, presiding at Springfield, Missouri

Nature of Hearing: Pretrial Conference/Jury Trial Day 1

Time Commenced: 8:40 a.m. (8:30 a.m.)    Time Terminated: 4:46 p.m.

### APPEARANCES

Government's counsel: James Kelleher, AUSA; Kevin Farnsworth, Agent
Defendant's counsel: Darryl Brent Johnson, Jr., CJA APPTD

8:40 a.m. Informal pretrial conference held with court and counsel in conference room. 9:05 a.m. Counsel appear as indicated above. Dft present with counsel. Pretrial Conference record made. Dft's pro se motions #35 and #49 are denied as stated further on the record. Dft's pro se motion #43 is withdrawn on request of dft. Record made on opening jury instructions and opening statements. 9:36 a.m. Recess. 9:50 a.m. Informal conference held with court and counsel in conference room. 9:55 a.m. Recess. 10:00 Jury panel present and sworn on voir dire. Voir dire examination of jurors. 11:20 a.m. Jury panel recesses. Voir dire examination of 3 jurors individually outside presence of jury panel. Challenges for cause. 11:30 a.m. Recess while counsel make their peremptory strikes. 12:05 p.m. Reconvene. 13 jurors called as trial jurors and sworn. Jury briefly instructed by the Court. 12:12 p.m. Lunch recess.

1:32 p.m. Reconvene. Jury present. Opening instructions #1 - #7 are read by the Court. 1:44 p.m. Govt's opening statement. Dft reserves opening statements until dft's case. 1:52 p.m. Government's case: Tristan Moreland is sworn and testifies on direct, cross, redirect and recross exams. Witness excused. Dft invokes rule of exclusion of witnesses. 2:44 p.m. Recess. 3:11 p.m. Reconvene. Jury present. James Patterson is sworn and testifies on direct, cross, redirect and recross exams. Witness excused. 4:00 p.m. David R. Whittaker is sworn and testifies on direct, cross and redirect exams. Witness excused. 4:10 p.m. Fred Bradford is sworn and testifies on direct and cross exams. Witness excused. 4:14 p.m. Anthony Purpura is sworn and testifies on direct exam. Witness excused. 4:19 p.m. Recess. 4:34 p.m. Reconvene. Jury present. Dan Fridley is sworn and testifies on direct,

cross and redirect exam. Witness excused. 4:39 p.m. Lonnie Nance is sworn and testifies on direct exam. 4:42 p.m. Jury recesses until 1/12/2009. Scheduling issues discussed. 4:46 p.m. Recess until 1/12/2009 at 8:30 for counsel.

**WITNESSES: Tristan Moreland, James Patterson, David Whittaker, Fred Bradford, Anthony Purpura; Dan Fridley, Lonnie Nance**
**COURT REPORTER: Jeannine Rankin**
**COURTROOM DEPUTY: Karen Siegert**
**LAW CLERK: Bryan Freres**