IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

UNITED STATES OF AMERICA, )
)
              Plaintiff, )
)
v. )   No. 09-05022-01-CR-SW-RED
)
ROBERT JOOS, )
)
             Defendant. )

## GOVERNMENT'S EXHIBITS

| ✓    | = | Offered & admitted without objection. |
| ---- | - | ------------------------------------- |
| X.   | = | Offered & admitted over objection.    |
| Ex.  | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered.               |
| D.B. | = | Admitted, <u>de</u> <u>bene</u>.      |
| W.D. | = | Offered then withdrawn.               |
| Ltd. | = | Admitted for limited purpose.         |

| Exhibit Number | Action Taken | Date | Time | Description |
| --- | --- | --- | --- | --- |
| 1. | ✓ | 1/11/2010 | 3:29pm | Mossberg 12 gauge shotgun. |
| 2. | ✓ | | | 4 rounds 12 gauge shotgun shells. |
| 3. | ✓ | | | Mauser 8 mm. rifle. |
| 4. | ✓ | | | 4 rounds 8 mm. ammunition. |
| 5. | ✓ | | | Westernfield 12 gauge shotgun. |
| 6. | ✓ | ↓ | ↓ | 5 rounds 12 gauge shotgun shells. |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 7. | ✓ | 1/11/2010 | 3:29pm | Harrington and Richardson 20 gauge shotgun. |
| 8. | ✓ | | | 1 round 20 gauge ammunition. |
| 9. | ✓ | | | Winchester 12 gauge shotgun. |
| 10. | ✓ | | | Savage .22 caliber rifle. |
| 11. | ✓ | | | 16 rounds .22 caliber ammunition. |
| 12. | ✓ | | | Remington .22 caliber rifle. |
| 13. | ✓ | | | 4 rounds .22 caliber ammunition. |
| 14. | ✓ | | | Norinco 7.62 caliber rifle. |
| 15. | ✓ | | | 1 round 7.62 caliber ammunition. |
| 16. | ✓ | | | Mosin-Nagant 7.62 caliber rifle. |
| 17. | ✓ | | | Harrington and Richardson, 12 gauge shotgun. |
| 18. | ✓ | | | Astra 9 mm handgun. |
| 19. | ✓ | | | 7 rounds 9 mm ammunition. |
| 20. | ✓ | | | Ruger .22 caliber handgun. |
| 21. | ✓ | | | 10 rounds .22 caliber ammunition. |
| 22. | ✓ | | | Galena .380 caliber pistol. |
| 23. | ✓ | | | 6 round .380 caliber ammunition. |
| 24. | ✓ | ↓ | ↓ | Tanfoglio .380 caliber pistol. |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 25. | ✓ | 1/11/2010 | 3:29pm | 7 rounds, .380 caliber ammunition. |
| 26. | ✓ | | | Stallard, 9 mm pistol. |
| 27. | ✓ | | | 9 rounds 9 mm ammunition. |
| 28. | ✓ | | | Ammunition can containing gunpowder and fuse. |
| 29. | ✓ | | | Bag containing canister of gunpowder. |
| 30. | ✓ | ↓ | ↓ | Safety fuse. |
| 31. | ✓ | 1/11/2010 | 3:31pm | Bag containing documents relating to explosives. |
| 32. | ✓ | 1/11/2010 | 3:30pm | Documents issued by the Missouri Department of Corrections. |
| 33. | ✓ | 1/11/2010 | 3:58pm | Certified copies of documents pertaining to case number CR294-494FX from the Circuit court of McDonald County, Missouri. |
| 34. | ✓ | 1/11/2010 | 3:40pm | Certified copies of documents pertaining to case number 04MC-CR01375 from the Circuit court of McDonald County, Missouri. |
| 35. | ✓ | 1/11/2010 | 3:40pm | Certified copies of Missouri Department of Corrections records pertaining to Robert Joos. |
| 36. | ✓ | 1/11/2010 | 4:41pm | United States Marshal's Fingerprint Card taken from Robert Joos. |
| 37. | ✓ | 1/11/2010 | 2:00pm | Large photograph of Joos compound. |
| 38. | ✓ | 1/11/2010 | 2:12pm | Large photograph of Joos residence. |
| 39. | | | | Large photograph of gate area of compound. |
| 40. | ✓ | 1/11/2010 | 3:32pm | Photograph of firearm by front door. |
| 41. | ✓ | 1/11/2010 | 3:33pm | Photograph of firearm by rear door. |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 42. | ✓ | 1/11/2010 | 3:34pm | Photograph of firearms in front room. |
| 43. | ✓ | 1/11/2010 | 3:35pm | Photograph of silver firearm on top of ammunition box. |
| 44. | ✓ | 1/11/2010 | 3:35pm | Photograph of Astra pistol. |
| 45. | ✓ | 1/11/2010 | 3:35pm | Photograph of handgun. |
| 46. | ✓ | 1/11/2010 | 3:36pm | Photograph of handgun in ammunition box. |
| 47. | ✓ | 1/11/2010 | 3:36pm | Photograph of handgun in ammunition box. |
| 48. | ✓ | 1/11/2010 | 4:01pm | Photograph of bunkhouse. |
| 49. | ✓ | 1/11/2010 | 4:03pm | Photograph of fuse and white bucket. |
| 50. | ✓ | 1/11/2010 | 4:04pm | Photograph of blasting caps. |
| 51. | ✓ | 1/11/2010 | 4:07pm | Photograph of blasting caps in hole. |
| 52. | ✓ | 1/11/2010 | 3:29pm | Carts containing approximately 19,000 rounds of ammunition. |
| 53. | ✓ | 1/12/2010 | 11:28 | Letter written by defendant |
| 54. | | | | |
| 55. | | | | |
| 56. | | | | |
| 57. | | | | |
| 58. | | | | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 59. | | | | |
| 60. | | | | |
| 61. | | | | |
| 62. | | | | |
| 63. | | | | |
| 64. | | | | |
| 65. | | | | |
| 66. | | | | |
| 67. | | | | |
| 68. | | | | |
| 69. | | | | |
| 70. | | | | |

I certify that I have this date, 1/12, 2010, received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

James J. Kelleher
Assistant United States Attorney