# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

SOUTHWESTERN DIVISION

USA )
 )
vs. )  Action Number
 )
ROBERT JOOS ) 09-05022-01-CR-SW-RED
 )
 )
 )

## EXHIBIT INDEX – Defendant's

| | | | |
|---|---|---|---|
| ✓ | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
| | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | NO | 1/12/2010 | 9:54am | Defendant's Mtn Judgment of Acquittal – Exh 1 |
| 2 | X | 1/12/2010 | 10:33am | Background Info of Robert Joos + "Laws of God" |
| 3 | Ltd. | 1/11/2010 | 11:15am | Letter by Defendant (during voir dire + jury instr.) |
| 4 | ✓ | 1/12/2010 | 10:20am | 1973 yearbook, U.S. Air Force |
| 5 | NO | 1/12/2010 | 11:32am | Defendant's Mtn Judgment of Acquittal at close of all Evidence |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____
Signature

DARRYL BRENT JOHNSON, JR  Name

:exhibin.int