IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
v.                         )   No. 09-05022-01-CR-SW-RED
                           )
ROBERT JOOS,               )
                           )
            Defendant.     )

## GOVERNMENT'S E X H I B I T S

| ✓    | = | Offered & admitted without objection. |
| X.   | = | Offered & admitted over objection. |
| Ex.  | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| S1. | X | 5/18/10 | 10:01am | Photograph of front door. |
| S2. | X | 5/18/10 | 10:01am | Photograph of firearms. |
| S3. | X | 5/18/10 | 10:02am | Photograph of machine gun. |
| S4. | X | 5/18/10 | 10:03am | Photograph of dynamite. |
| S5. | X | 5/18/10 | 10:04am | Photograph of KKK patch. |
| S6. | X | 5/18/10 | 10:06am | Newspaper articles. |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| S7. | X | 5/18/10 | 10:10am | Notice of Call to Pastor. |
| S8. | X | 5/18/10 | 10:19am | KKK roster. |
| S9. | EX. | 5/18/10 | 10:24am | DVD containing training footage. |
| S10. | | | | |
| S11. | | | | |
| S12. | | | | |
| S13. | | | | |
| S14. | | | | |
| S15. | | | | |
| S16. | | | | |

I certify that I have this date, 5/18/10 , 2010, received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

James J. Kelleher
Assistant United States Attorney