IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 09-5022-CR-S-MDH |
| ROBERT JOOS, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant's *pro se* "Petition for Redress of Grievance: Terminate/Modify Supervised Release." (Doc. No. 132). Defendant's petition requests the Court to terminate or modify his supervised release. The Court has reviewed Defendant's filing, and the record in this matter, and finds no grounds for terminating or modifying the terms of supervised release at this time. In addition, attached to Mr. Joos' petition is a November 11, 2014, letter from the probation and pretrial office which directs Mr. Joos to contact the probation and pretrial office if his travel becomes an issue and he needs to make other arrangements. Mr. Joos is directed to follow the directions, terms and conditions that have been provided to him for complying with the terms of his supervised release, including contacting his probation officer if issues need to be addressed. WHEREFORE, Defendant's *pro se* Petition for Redress of Grievance: Terminate/Modify Supervised Release is **DENIED**.

**IT IS SO ORDERED.**

DATED:     March 5, 2015.

                                            */s/ Douglas Harpool*
                                            **DOUGLAS HARPOOL**
                                            **UNITED STATES DISTRICT JUDGE**

1