# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | No. 09-5022-01-CR-SW-MDH |
| ROBERT JOOS, | |
| Defendant. | |

## ORDER

Pending before the Court is a request for early termination of supervised release (Doc. 137). After careful consideration of the request and defendant's circumstance the Motion for early termination of supervised release is **DENIED.**

**IT IS SO ORDERED.**

Dated: April 19, 2016

                                             s/_Douglas Harpool_____
                                             **DOUGLAS HARPOOL**
                                             **UNITED STATES DISTRICT JUDGE**

2