In U.S. District Court, W. Dist. Mo., SW. Div.

U.S., Plaintiff,  ) Case #
v.                ) 09-05022-01-CR-SW-RED
Robert Joos, Defendant )

REC'D AUG 14 2017

### Motion to Terminate Supervised Release

Comes now Robert Joos, pursuant to 18 USC §3583(e)(1), to move this Court for early termination of supervised release (3 years) for following reasons:

1. I have more than 29 months of clear conduct.
2. Continuation of SR is a waste of tax dollars.
3. 6 years in prison for felon (driving w/o license) in possession of firearms & explosives (blasting caps), none of which are unlawful for any citizen to possess, was a ridiculously long sentence to begin with, and allowed criminals to loot & vandalize the Church Sanctuary.
4. Thieves continue to loot The Church & then run across the border into Arkansas where I can't follow them to their hideout & report them to the cops (who refuse to investigate looting).

Wherefore I move this Court to terminate supervised release.

So stated to the best of my knowledge & belief, under penalty of perjury, 11 Aug 17,

_Robert Joos / Nayarito_

### Certificate of Service

I certify a copy of foregoing was mailed to prosecutor at 222 N. John Q. Hammons Pkwy, on 11 Aug 17,

_Robert Joos / Nayarito_

Joos % The Church
General Delivery
Pineville, MO 65730