IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br> **ROBERT JOOS,** <br><br> Defendant. | No. 09-5022-01-CR-SW-MDH |

# ORDER

A motion for early termination of supervised release (Doc. 142) was filed on August 14, 2017. After careful review, the motion is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated: August 17, 2017

            s/Douglas Harpool
            **DOUGLAS HARPOOL**
            **UNITED STATES DISTRICT JUDGE**